Hunter O. Ferguson, WSBA No. 41485
S. Julia Littell, WSBA No. 54106
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Email: hunter.ferguson@stoel.com
julia.littell@stoel.com

THE HONORABLE ROSANNA MALOUF PETERSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

COLUMBIA AG GROUP, LLC, a Delaware limited liability company, and JAY GRAHAM, an individual,

Plaintiffs,

v.

INTERNATIONAL FARMING CORPORATION, LLC, a Delaware limited liability company,

Defendant.

No. 1:18-cv-03235-RMP

**NOTICE OF SETTLEMENT AS TO ALL PARTIES**

Pursuant to LCivR 83.3(k), Plaintiffs Columbia Ag Group, LLC and Jay Graham (individually and together, "Columbia Ag") and Defendant International Farming Corporation, LLC ("IFC") (each a "Party" and collectively, the "Parties") respectfully submit this Notice of Settlement to inform the Court as follows:

1. The Parties have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.
2. The Parties will file a Stipulated Motion to Dismiss once the terms of the settlement agreement have been completed.
3. Accordingly, the Parties respectfully request that all future appearances and deadlines be adjourned indefinitely until this matter is dismissed.

Dated: June 22, 2020

*s/Thomas J. Lloyd (with authorization)*
Thomas J. Lloyd III (*pro hac vice*)
ELAM & BURKE, P.A.
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, ID 83701
Telephone: 208-343-5454
Facsimile: 208-384-5844
Email: tjl@elamburke.com

Patrick C. Bageant, WSBA No. 44268
HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: (208) 686-8247
Email: pbageant@hollystonelaw.com

*Attorneys for Plaintiffs*
*Columbia Ag Group, LLC and Jay Graham*

Dated: June 22, 2020

*s/Hunter Ferguson*
Hunter O Ferguson, WSBA No. 41485
S. Julia Littell, WSBA No. 54106
STOEL RIVES LLP
600 University Street
Suite 3600
Seattle, WA 98901
206−386−7514
Fax: 206−386−7500
Email: hunter.ferguson@stoel.com
julia.littell@stoel.com

*Attorneys for Defendant*
*International Farming Corporation, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **Patrick Casey Bageant**
  pbageant@hollystonelaw.com
- **Thomas J Lloyd , III**
  tjl@elamburke.com; dmh@elamburke.com

DATED: June 22, 2020.

*s/ Leslie Lomax*
Leslie D. Lomax, Practice Assistant