AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 02, 2020**

SEAN F. McAVOY, CLERK

COLUMBIA AG GROUP, LLC, a Delaware limited
liability company; and JAY GRAHAM, an individual,

*Plaintiff*

v.

INTERNATIONAL FARMING CORPORATION, LLC,
a Delaware limited liability company,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:18-CV-3235-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 46, is GRANTED.
Plaintiff's Amended Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge        ROSANNA MALOUF PETERSON        on a motion for

dismissal.

Date:  7/2/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez

*(By) Deputy Clerk*

Tonia Ramirez